**FILED**

AUG - 5 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>                  Plaintiff<br>vs.<br>MANUAL LOPEZ,<br>                  Defendant | № CR10-00895 DLJ<br><br>[~~PROPOSED~~] ORDER FOR ALLOWING LIMITED TRAVEL AND REMOVAL OF CURFEW |

    Good cause appearing therefore, it is hereby ordered that Defendant Manual Lopez is permitted to travel to visit his son in New Mexico, should that travel be requested, provided he is approved by and reports to Pretrial Services as required by that office, for no longer than one week.

    Further, the curfew previously imposed is lifted.

Date: 8/5/11

The Honorable H.R. Lloyd,
Magistrate Judge Presiding