1
2
3
4
5
6
7

**FILED**

OCT 1 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11
12

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>           Plaintiff<br>vs.<br>MANUAL LOPEZ,<br>           Defendant | № CR10-00895 DLJ<br><br>[PROPOSED] ORDER TO<br>RETURN PASSPORT TO<br>DEFENDANT |

18      Good cause appearing therefore, it is hereby ordered that the passport of Manuel Lopez be
19 returned to him.

20
21 Date: __10/18/11__          _____
22                                The Honorable Magistrate Judge Lloyd

Z:\a1 - CLIENTS\Lopez Manuel\Return of passport Order.wpd