MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066
E-Mail: grant.fondo@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 5/16/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL LOPEZ,<br><br>Defendant. | No. CR 10-00895 DLJ<br><br>STIPULATION RESCHEDULING STATUS HEARING;<br>[] ORDER RESCHEDULING HEARING, EXCLUDING TIME FROM MAY 17, 2012, TO JULY 26, 2012 |

The defendant, MANUEL LOPEZ, represented by Mary Elizabeth Conn, Esquire, and the government, represented by Grant P. Fondo, Assistant United States Attorney, have a status hearing scheduled before the Court on May 17, 2012, at 9:00 a.m.. The parties represent that they believe they have a framework for a possible resolution of this matter, but need additional time to finalize the details, draft the plea agreement and obtain the appropriate approvals. Defense counsel also needs additional time to investigate certain matters relating to a possible plea.

Therefore, the parties request a continuance of this matter to July 26, 2012, and that time be excluded.

DATED: May 15, 2012

MELINDA HAAG
United States Attorney

/S/

_______________________
GRANT P. FONDO
Assistant United States Attorney

/S/

_______________________
MARY ELIZABETH CONN
Counsel for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the status hearing as to MANUEL LOPEZ is rescheduled to July 26, 2012, at 9:00 a.m.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 17, 2012, and July 26, 2012, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 17, 2012, and July 26, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between May 17, 2012, and July 26, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 5/16/12

D. LOWELL JENSEN
United States District Judge