Mary Elizabeth Conn SBN 224597
111 E. Locust #102
Angleton, Texas 77515
Telephone 979.864.1142
Attorney for Defendant MANUEL LOPEZ

*<u>E-FILED - 10/3/12</u>*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00895 DLJ |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION CONTINUING** |
| | ) | **DEFENDANT LOPEZ'S SENTENCING** |
| MANUEL LOPEZ, | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The defendant, MANUEL LOPEZ, represented by Mary Elizabeth Conn, Esq., and the government, represented by GRANT FONDO, Assistant United States Attorney, have a sentencing hearing scheduled before the Court on November 8, 2012 at 9 a.m.

    Defense counsel has professional obligations that have recently arisen, out of state, make the sentencing on the date of November 8, 2012, unduly costly.

    The Defendant is out of custody, and is expected to be sentenced to a term of confinement.

The government has no objection.

Probation has no objection.

Therefore, the parties respectfully request that the Court continue the sentencing currently set to November 5, 2012 at 10 a.m. or before.

| | |
|---|---|
| Dated: September 26, 2012 | Respectfully Submitted,<br>MARY E. CONN LAW OFFICES |
| | /S/ |
| | _____<br>Mary Elizabeth Conn, Esq.<br>Attorney for Defendant<br>MANUEL LOPEZ |
| | MELINDA HAAG<br>United States Attorney |
| | /S/ |
| | _____<br>GRANT FONDO<br>Assistant United States Attorney |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00895 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **[] ORDER** |
| | ) | **CONTINUING DEFENDANT** |
| MANUEL LOPEZ | ) | **LOPEZ'S SENTENCING** |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the sentencing hearing as to MANUEL LOPEZ is rescheduled to November 5, 2012, at 10:00 a.m.

DATED: 10/2/12

_____
THE HONORABLE D.L. Jensen
United States District Judge

3